UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEIGHANN TIERS LAROSA,

     Plaintiff,

v.                                                                2:24-cv-1114-NPM

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

---

**ORDER**

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 1), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 18). The Commissioner of Social Security seeks remand to an Administrative Law Judge to:

> Offer the claimant an opportunity for hearing; give further consideration to the medical source opinions and prior administrative findings pursuant to the provisions of 20 CFR §§ 404.1520c [and] 416.920; give further consideration to Plaintiff's maximum residual functionary capacity; if warranted, obtain supplemental evidence from a vocational expert; take any further action needed to complete the administrative record; and issue a new decision. (Doc. 18 at 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 20) is **GRANTED**. Under sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14,

- 2 -

2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk of court is **directed** to enter

judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on April 10, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge